PRO SE OFFICE

TO  – CLERK OF THE COURT (BY  ECF)          September 26,2013
       U.S District of New York
       500 Pearl Street
       New York , NY 10007

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED: Oct. 01, 2013        │
└─────────────────────────────────┘
```

FROM  – Alwar Pouryan
RGE NO. 65030-054
MCC-NYC
150 Park Row Unit 5-N
New York , NY 10007

RE – US VS. Alwar Pouryan          S1   11   CR   111   (NRB)


HEREBY GIVEN NOTICE OF APPEAL


          Hereby gives Notice of the above case number.
The Defendant Alwar Poryan Was sentenced to 25 yeare and is
Requesting that this court Grant him an appeal.
The Defendant files this pro se.




                    SINCERELY,
                    Alwar Pouryan

TO – Honorable Naomi R. Buchwald
Southern District of New York
US Courthouse
500 Pearl Street
New York, NY 10007

September 26, 2013



FROM  – Alwar Pouryan REG NO. 65030-054
MCC- NYC
150 Park Row Unit 5-N
New York NY 10007

RE  –  US VS. Alwar Pouryan       S1   11   CR   111   (NRB)


HEREBY  GIVEN  NOTICE  OF  APPEAL


        Hereby gives Notice Of the above case number.
The Defendant Alwar Pouryan Was sentenced to 25 years and is
Requesting that this court Grant him an appeal.
The Defedant files appeal pro se.



                    SINCERELY?


                        Alwar Pouryan

Alwar Pouryan REG NO. 65030-054
MCC-NYC
150 Park Row Unit 5-N
New york, NY 10007

NEW YORK NY 100

27 SEP 2013 PM 4 L

*Appear Clerk*
*10/01/13*

CLERK OF THE COURT (BY ECF)
United States District of New York
500 Pearl Street
New York , NY 10007

--- LEGAL MAIL- TIME SENSATIVE---

10007131608

Metropolitan Correctional Center, 150 Park Row, New York, NY 10007. The enclosed letter was processed through special mail procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.