UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MANHATTAN



| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>Francis S. Ahissou<br>    Defendant, | CASE NO. S1 11CR.111-03 (NRB)<br>MOTION FOR REDUCTION<br>OF SENTENCE<br>PURSUANT TO 18 USC § 3582(c)(2);<br><br>MEMORANDUM OF POINTS<br>AND AUTHORITIES |

## MOTION

Defendant hereby moves this Honorable Court for a reduction in the sentence imposed in the case on August 7, 2013. This motion is made pursuant to 18 U.S.C. § 3582 (c)(2) and is based on the attached memorandum of points and authorities. All files and records in this case, and such further argument and evidence, may be presented at the hearing on this motion.

Respectfully Submitted,

Dated: 10 / 30 / 2014 By Francis S. Ahissou

I. INTRODUCTION

On August 7, 2012, Francis S. Ahissou ("the defendant") was sentenced for Conspiracy Importation Cocaine, 21 U.S.C. § 963, to serve 66 months of imprisonment and no supervised release. The sentence was imposed under the Sentencing Guidelines, with a base offense level computed under 2D1.1 of the Guidelines for a cocaine quantity of 800 grams. That base offense level--under the Guidelines in effect at the time--was level 28. Combined with other Guidelines factors, it produced a Guidelines range of 57-71 months. The sentence imposed by the Court was 66 months, which was the mid range.

Subsequent to the defendant's sentencing, on November 1, 2014, an amendment to § 2D1.1 of the Guidelines took effect, which generally reduces base offense levels for all quantities of drugs by two levels and, specifically, reduces the base offense level for the 800 grams of cocaine in this case by two levels, to level 26.

Prior to the effective date of this amendment to §2D1.1, the Sentencing Commission considered whether to make the amendment retroactive under the authority created by 18 U.S.C. § 3582 (c)(2). It took that action on July 18, 2014, by including this amendment in the list of retroactive amendments in § 1B1.10 of the Guidelines. Based on this retroactivity and the statutory authority underlying it:

Francis S. Ahissou brings this motion to reduce his sentence.

II. Argument

A. FRANCIS S. AHISSOU'S OFFENSE LEVEL SHOULD BE REDUCED FROM 25 TO 23, AND THE GUIDELINES RANGE REDUCED FROM 57-71 TO 46-57, BASED ON THE AMENDMENT TO § 2D1.1.

18 U.S.C. § 3582 (c)(2) provides as follows:

"[I]n the case of the defendant who has been sentenced to a term of imprisonment based on the sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994 (O), upon motion of the defendant.. the Court may reduce the term of imprisonment, after considering the factors set forth in section 3553 (a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission".

Section 1B1.10 is the Guidelines policy statement which implements 18 U.S.C. § 3582 (c)(2). Subsection (c) of that policy statement lists amendments that are covered by the policy statement, and one of the amendments listed is amendment 782 to the Guidelines. Amendment 782 reduced the base offense levels for most drug offenses. See U.S.S.G. App. C, § 782. Application of this amendment to the cocaine Guidelines in the present case results in a decrease of the base offense level from 28 to 26, a decrease in the total offense level from 25 to 23, which includes a three point reduction for acceptance of responsibility, and a decrease in the resulting Guidelines range from 57-71 to 46-57.

B. THE COURT SHOULD REDUCE FRANCIS S. AHISSOU'S SENTENCE SUBSTANTIALLY IN CONSIDERATION OF POST-SENTENCE REHABILITATION AND § 3553 (a) FACTORS.

Based on the amendment to 2D1.1, Court should significantly reduce the defendant's sentence. It follows from the discussion in the preceding section that the amendment alone justifies a reduction of 13 months.

The court should not stop there. However, there are a number of non-Guidelines factors that justify a sentence below even the new Guidelines range. The Court should also consider the defendant's extraordinary post-sentence rehabilitative efforts, as

well as his lack of a threat to society.

Since being incarcerated, the defendant has completed the following:

i. Earned 500 Credit Hours Towards His Aquaculture Certification;

ii. Has Certificates For Participation In The Warden's Sports Program;

iii. Has Several Certificates For His Participation With American Bible Academy.

Francis S. Ahissou ("the defendant") is also set to be deported at the conclusion of his sentence. He will pose no threat to the public, nor will he have to be under the supervision of the federal parole board. The defendant wants nothing more than to return home and continue his new life as a law abiding citizen of his home country. For this reason, the Court should considered the defendant as a minimal threat to society.

These factors should be considered in reducing the defendant's sentence and show his rehabilitation and perseverance to become a productive member of society.

### III. CONCLUSION

Wherefore, the defendant respectfully request that this Honorable Court grant the relief requested and re-sentence him under the newly amended Guidelines to 49-months, which represents the mid range of the defendant's recalculated offense level of 23.

Respectfully Submitted,

/s/_____
     Francis S. Ahissou

DATED October 30 , 2014 By Francis S. Ahissou

```
 YAIHH           *         INMATE EDUCATION DATA        *      10-21-2014
 PAGE 001 OF 001 *            TRANSCRIPT                 *      08:36:05

 REGISTER NO: 64724-054      NAME..: AHISSOU                   FUNC: PRT
 FORMAT.....: TRANSCRIPT     RSP OF: FAI-FAIRTON FCI

 --------------------------- EDUCATION INFORMATION --------------------------
 FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
 FAI  ESL EXEMPT ESL NEED-PERMANENTLY EXEMPT    02-24-2014 1518 CURRENT
 FAI  GED XN     EXEMPT GED NON-PROMOTABLE      02-24-2014 1445 CURRENT

 --------------------------- EDUCATION COURSES ------------------------------
 SUB-FACL   DESCRIPTION                    START DATE  STOP DATE EVNT AC LV  HRS
 FAI        HEART-TO-HEART: SEMINAR        05-28-2014 CURRENT
 FAI        AQUACULTURE MARKETABLE         04-29-2014 08-27-2014  P  C  M   500
 BRO M      AT RISK PER HSA & SOR PS 6000  04-03-2013 06-04-2013  P  C  P    10
 BRO M      AT RISK PER HSA & SOR PS 6000  12-10-2012 01-14-2013  P  C  P    25
 BRO M      AT RISK PER HSA & SOR PS 6000  03-12-2012 08-31-2012  P  C  P    10

 --------------------------- HIGH TEST SCORES -------------------------------
 TEST         SUBTEST       SCORE     TEST DATE     TEST FACL   FORM      STATE
 CASAS        LIST PLACE    214.0     02-26-2014    FAI         01
              READ PLACE    225.0     02-26-2014    FAI         01




 G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
 FAIHH            *            INMATE DISCIPLINE DATA            *        10-21-2014
PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD         *        08:36:49

REGISTER NO: 64724-054 NAME..: AHISSOU, FRANCIS SOUROU
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 10-21-2014


--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2182475 - SANCTIONED INCIDENT DATE/TIME: 06-25-2011 2004
UDC HEARING DATE/TIME: 07-07-2011 0915
FACL/UDC/CHAIRPERSON.: BRO/G/S.OBRIEN
REPORT REMARKS.......: INMATE FOUND GUILTY OF PROHIBITED ACT
    328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
         LP PHONE   / 30 DAYS / CS
         COMP:   LAW:    INMATE SANCTIONED TO 30 DAYS LP PHONES FROM
                         07/07/11 TO 08/05/11
```

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
FAIHH              *      INMATE DISCIPLINE DATA        *      10-21-2014
PAGE 001 OF 001 *            PENDING REPORTS            *      08:37:12

REGISTER NO: 64724-054 NAME..: AHISSOU, FRANCIS SOUROU
FUNCTION...: PRT        FORMAT: PENDING   LIMIT TO ____ MOS PRIOR TO 10-21-2014
```

```
G5464        NO PENDING INCIDENT REPORTS EXIST FOR ABOVE INMATE
```

# Certificate of Completion

This certificate is awarded to

## Francis Ahissou

For completing 500 hours of

## Aquaculture Vocational Training



Presented this
26th day of August 2014



J. Jablonski, Vocational Training Instructor

K.Neely, Supervisor Of Education

# Aquaculture Class
## Grade Report

Name **Ahissou**                    Reg. No. **64724-054**

|  | Homework | Test | Average |
|---|---|---|---|

Chapter 1 — **92**

Chapter 2 — **82**

Chapter 3 — **87**

Chapter 4 — **86**

Chapter 1-4 — **99**

Chapter 5 — **98**

Chapter 6 — **90**

Chapter 7 — **96**

MIDTERM — **100**      **92.2**

Chapter 8 — **92**

Chapter 9 — **98**

Chapter 10 — **100**

Chapter 11 — **92**

**Chapter 8-11** — **90**

Chapter 12 — **87**

Chapter 13 — **94**

Chapter 14 — **95**

Final — **86**      **92.4**

**Final Grade:** _**A**_

# Heart-to-Heart

We hereby certify that




Francis Ahissou



has completed ___3 O___ hours of training in Nonviolent Communication as developed
by Dr. Marshall Rosenberg with Heart-to-Heart: Comienzos East, Inc. at FCI-Fairton, Fairton, New Jersey

on this day,  October 11, 2014

_____
Director

_____
Instructor

Heart-to-Heart Comienzos East Inc.

Transformative Education in Jails, Prisons, and Communities
P.O. Box 1441, Merchantville, NJ 08109.        www.heart2heartinc.org

# U.S. Department of Justice
## Federal Bureau of Prisons
Presents this Certificate to

## Francis Ahissou

In recognition of participation in the
## Wardens Sports Award Program(Handball)

December   10th   2012

M . Israel, Rec. Specialist

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

Francis Sourou Ahissou

upon successful completion of

Study Course _____The Book of Acts, Vol. 2_____

Awarded the _____14th_____ day of ___October___ , ___2014___ .





P.O. Box 1490 • Joplin, MO 64802 • 417/781-9100

_Joseph Mulch_
ACADEMIC DEAN

_Mrs. Gwen Wadell_
REGISTRAR

---



MERICAN

**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME:    Francis Sourou Ahissou            STUDENT ID#:  364516

COURSE:  The Book of Acts, Vol. 2                    DATE:  10/14/14

EXAM 1:  90       EXAM 2:  93       EXAM 3:  93

FINAL GRADE: 92          CREDITS:   1

Grading Policy - The grading system used by A.B.A. is as follows:

A+ ....100-99%   A ........98-95%   A- .......94-90%   B+ ......89-87%   B ........86-84%
B- .......83-80%   C+ ......79-77%   C ........76-74%   C- .......73-70%   D+ ......69-67%
D ........66-64%   D- .......63-60%   F ..........59-0%

Please update any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

Francis Sourou Ahissou

upon successful completion of

Study Course ___The Book of Acts, Vol. 1___

Awarded the ___5th___ day of ___August___ , ___2014___ .





*Joseph Welch*
ACADEMIC DEAN

*Mrs. Gwen Wadell*
REGISTRAR

---



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

**NAME:**    Francis Sourou Ahissou        **STUDENT ID#:** 364516

**COURSE:**  The Book of Acts, Vol. 1        **DATE:** 8/05/14

**EXAM 1:** 91        **EXAM 2:** 86        **EXAM 3:** 91

**FINAL GRADE:** 89        **CREDITS:** 1

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ....100-99% | A ........98-95% | A- .......94-90% | B+ ......89-87% | B ........86-84% |
| B- .......83-80% | C+ ......79-77% | C ........76-74% | C- .......73-70% | D+ ......69-67% |
| D ........66-64% | D- .......63-60% | F ..........59-0% | | |

Please update any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

Francis Sourou Ahissou

upon successful completion of

Study Course ___Christian Doctrine, Vol. 2___

Awarded the ___10th___ day of ___April___ , ___2012___ .





P.O. Box 1490 • Joplin, MO 64802 • 417/781-9100

*Joseph Mukh*
ACADEMIC DEAN

*Mrs. Gwen Wadell*
REGISTRAR

---



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

**NAME:** Francis Sourou Ahissou          **STUDENT ID#:** 364516

**COURSE:** Christian Doctrine, Vol. 2          **DATE:** 4/10/12

**EXAM 1:** 93          **EXAM 2:** 90          **EXAM 3:** 92

**FINAL GRADE:** 92          **CREDITS:** 1

Grading Policy - The grading system used by A.B.A. is as follows:

A+ ....100-99%   A ........98-95%   A- .......94-90%   B+ ......89-87%   B ........86-84%
B- .......83-80%   C+ ......79-77%   C ........76-74%   C- .......73-70%   D+ ......69-67%
D ........66-64%   D- .......63-60%   F ..........59-0%

Please update any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

Francis Sourou Ahissou

upon successful completion of

Study Course _Christian Doctrine, Vol. 1_

Awarded the ___24th___ day of ___January___ , ___2012___ .





P.O. Box 1490 • Joplin, MO 64802 • 417/781-9100

_Joseph Welch_
ACADEMIC DEAN

_Mrs. Gwen Wadell_
REGISTRAR

---



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME:  Francis Sourou Ahissou          STUDENT ID#: 364516

COURSE: Christian Doctrine, Vol. 1          DATE: 1/24/12

EXAM 1: 86      EXAM 2: 91      EXAM 3: 84

FINAL GRADE: 87      CREDITS: 1

Grading Policy - The grading system used by A.B.A. is as follows:

A+ ....100-99%   A ........98-95%   A- .......94-90%   B+ ......89-87%   B ........86-84%
B- .......83-80%   C+ ......79-77%   C ........76-74%   C- .......73-70%   D+ ......69-67%
D ........66-64%   D- .......63-60%   F ..........59-0%

Please update any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

Francis Sourou Ahissou

upon successful completion of

Study Course ___ The Gospel of John ___

Awarded the ___ 7th ___ day of ___ June ___ , ___ 2011 ___ .





*Joseph Welch*
ACADEMIC DEAN

*Mrs. Gwen Wadell*
REGISTRAR



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME: Francis Sourou Ahissou    STUDENT ID#: 364516

COURSE: The Gospel of John    DATE: 6/07/11

EXAM 1: 79    EXAM 2: 86    EXAM 3: 70

FINAL GRADE: 78    CREDITS: 0

Grading Policy - The grading system used by A.B.A. is as follows:

A+ ....100-99%   A ........98-95%   A- .......94-90%   B+ ......89-87%   B ........86-84%
B- .......83-80%   C+ ......79-77%   C ........76-74%   C- .......73-70%   D+ ......69-67%
D ........66-64%   D- .......63-60%   F ..........59-0%

Please update any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

# Certificate of Achievement

## This certifies that

### *Francis Ahissors*

**Has successfully completed the Bible study**

# INTRODUCTORY

As administered by Prison Mission Association.



**February 2, 2012**

Executive Director

"Study to show thyself approved unto God, a workman that needeth not to be ashamed,
rightly dividing the Word of truth."
II Timothy 2:15

# The Salvation Army



This is to certify that

## *Francis  Souror Ahissou*

has completed

*"Introductory Lesson"*

BIBLE CORRESPONDENCE COURSE

And is hereby awarded this

CERTIFICATE OF PARTICIPATION

*February 22, 2012*

Major Joy Emmons

Bible Correspondence Bureau Director



# Certificat

Ceci certifie que :

*Francis Sourou Ahissou*

a complété le cours biblique par correspondance de Lampe et Lumière

## L'adoration

ayant obtenu

94%

« *Toi, demeure dans les choses que tu as apprises, et reconnues certaines...* » (2 Timothée 3:14).

_____
Directeur

_____
Instructeur

25 septembre 2014

Les Éditeurs Lampe et Lumière, 26 Road 5577, Farmington, NM 87401, É.-U.

22008/2-08

# Certificat

Ceci certifie que :

*Francis Sourou Ahissou*

a complété le cours biblique par correspondance de Lampe et Lumière

## Le premier pas
ayant obtenu

*98%*

« *Toi, demeure dans les choses que tu as apprises, et reconnues certaines...* » *(2 Timothée 3:14).*

*Jonathan A. Martin*
**Directeur**

**Instructeur**

Les Éditeurs Lampe et Lumière, 26 Road 5577, Farmington, NM 87401, É.-U.

**20 mars 2013**

22008/2-08



# Certificat

Ceci certifie que :

*Francis Sourou Ahissou*

a complété le cours biblique par correspondance de Lampe et Lumière

**La foi pour laquelle il est digne de mourir**

ayant obtenu

94%

« Toi, demeure dans les choses que tu as apprises, et reconnues certaines... » (2 Timothée 3:14).

Jonathan A Martin
Directeur

Dayna Conley
Instructeur

22 octobre 2013

Les Éditeurs Lampe et Lumière, 26 Road 5577, Farmington, NM 87401, É.-U.

22008/2-08

# Certificat

Ceci certifie que :

*Francis Sourou Ahissou*

a complété le cours biblique par correspondance de Lampe et Lumière

*Discernant Sa volonté*

ayant obtenu

100%

« Toi, demeure dans les choses que tu as apprises, et reconnues certaines... » (2 Timothée 3:14).

Paul Kaufman
Directeur

Dayna Conley
Instructeur

25 septembre 2014

Les Éditeurs Lampe et Lumière, 26 Road 5577, Farmington, NM 87401, É.-U.

22008/2-08

# Certificat

Ceci certifie que :

*Francis Sourou Ahissou*

a complété le cours biblique par correspondance de Lampe et Lumière

## Le pèlerinage céleste

ayant obtenu

87%

« *Toi, demeure dans les choses que tu as apprises, et reconnues certaines... » (2 Timothée 3:14).*

_____
Directeur

_____
Instructeur

25 août 2014

Les Éditeurs Lampe et Lumière, 26 Road 5577, Farmington, NM 87401, É.-U.                    22008/2-08

# Certificat

Ceci certifie que :

*Francis Sourou Ahissou*

a complété le cours biblique par correspondance de Lampe et Lumière

*Sept pas de l'obéissance*

ayant obtenu

95%

« *Toi, demeure dans les choses que tu as apprises, et reconnues certaines... » (2 Timothée 3:14).*

_____
Directeur

_____
Instructeur

25 août 2014

Les Éditeurs Lampe et Lumière, 26 Road 5577, Farmington, NM 87401, É.-U.                    22008/2-08



# Certificat

Ceci certifie que :

## Francis Sourou Ahissou

a complété le cours biblique par correspondance de Lampe et Lumière

### Dans le sillage du Prince de la Paix
ayant obtenu

93%

« Toi, demeure dans les choses que tu as apprises, et reconnues certaines... » (2 Timothée 3:14).

Directeur

Instructeur

21 mai 2014

Les Éditeurs Lampe et Lumière, 26 Road 5577, Farmington, NM 87401, É.-U.                22008/2-08



# Certificat

Ceci certifie que :

## Francis Sourou Ahissou

a complété le cours biblique par correspondance de Lampe et Lumière

### Les pas vers Dieu
ayant obtenu

88%

« Toi, demeure dans les choses que tu as apprises, et reconnues certaines... » (2 Timothée 3:14).

Directeur

Instructeur

1er octobre 2013

Les Éditeurs Lampe et Lumière, 26 Road 5577, Farmington, NM 87401, É.-U.                22008/2-08