USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/12/2025

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>THE RESPONDENT,<br><br>VS.<br><br>ALWAR POURYAN<br><br>THE DEFENDANT. | CASE NO. 11 Cr. 111-6 (NRB)<br><br>HON. JUDGE, NAOMI REICE BUCHWALD |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE,
NAOMI REICE BUCHWALD:

a.      NOTICE is hereby given that the Defendant, Alwar Pouryan, appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered on April 16th, 2025 (UNKNOWN ECF NUMBER) denying Mr. Pouryan's Motion for Reconsideration to this Court's Memorandum and Order entered on February 18th, 2025.

b.      Mr. Pouryan's appeal will be premised on the questions of whether the District Court--

1. established an improperly high standard for demonstrating "serious deterioration in physical health" by requiring more than documented chronic conditions; and

2. failed to weigh the §3553(a) factors anew.

respectfully submitted on this 29th day of April, 2025.

ALWAR POURYAN, PRO SE
REG. NO. 65030-054

Pg. 1 of 3

## CERTIFICATE OF SERVICE

a.      I, Alwar Pouryan, do hereby **CERTIFY** that on May 1st, 2025, I mailed one true and correct copy of the foregoing—NOTICE OF APPEAL—to the AUSA on record.

b.      The foregoing was deposited in the legal mail bin as provided to inmates at FCI Oxford, Wisconsin. First Class postage, prepaid, affixed thereto.

Executed on this 29th day of April 2025.

ALWAR POURYAN, PRO SE
REG. NO. 65030-054
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OXFORD, WISCONSIN 53952

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        THE RESPONDENT,<br><br>VS.<br><br>ALWAR POURYAN<br><br>        THE DEFENDANT. | CASE NO. 11 Cr. 111-6 (NRB)<br><br>HON. JUDGE, NAOMI REICE BUCHWALD |

## DECLARATION OF INMATE FILING

TO THE HONORABLE JUDGE,
NAOMI REICE BUCHWALD:

a.       The Defendant, Alwar Pouryan, is confined in an institution. Today, May 1st, 2025, the Defendant is depositing the NOTICE OF APPEAL in this case in the institution's internal mail system. First Class postage is being prepaid by the Defendant. The foregoing complies with Fed.R.App.P. 4(c)(1) and 25(a)(2)(A)(iii).

b.       The Defendant declares under penalty of perjury that the foregoing is true and correct (See, 28 U.S.C. §1746; 18 U.S.C. §1621).


Executed on this 29th day of April 2025.

_____
ALWAR POURYAN, PRO SE
REG. NO. 65030-054
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OXFORD, WISCONSIN 53952

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     THE RESPONDENT,<br><br>VS.<br><br>ALWAR POURYAN<br><br>     THE DEFENDANT. | CASE NO. 11 Cr. 111-6 (NRB)<br><br>HON. JUDGE, NAOMI REICE BUCHWALD |

MOTION FOR ORDER OF DESIGNATION OF RECORD ON APPEAL ("ROA")

TO THE HONORABLE JUDGE,
NAOMI REICE BUCHWALD:

a.        COMES NOW, Alwar Pouryan, henceforth, Mr. Pouryan, a PRO SE litigant, who most humbly and respectfully moves this Honorable Court to exercise its Supervisory Powers to issue an ORDER designating the ROA pursuant Fed.R.App.P. 10(a)(1).

RECORD ON APPEAL

a.        Mr. Pouryan avers that the ROA should include the following documents on file in the United States District Court Clerk's Office for the Southern District of New York, to wit--

1. Motion under 18 U.S.C. §3582(c)(1)(A), ECF No. 295;

2. Joint Appendix in support of Motion under 18 U.S.C. §3582(c)(1)(A), id.;

3. Government's Response in Opposition, ECF No. 296;

4. Reply to government's response in opposition, (UNKNOWN ECF NUMBER);

5. Memorandum and Order denying ECF No. 295, (UNKNOWN ECF NUMBER);

6. Mr. Pouryan's Motion for Reconsideration, (UNKNOWN ECF NUMBER);

7. Government's Response in Opposition, if any, (UNKNOWN ECF NUMBER);

8. Mr. Pouryan's Reply to government's response, if any, (UNKNOWN ECF NUMBER);

Pg. 1 of 2

9.  Court's order denying motion for reconsideration, (UNKNOWN ECF NUMBER);

10. Notice of Appeal (UNKNOWN ECF NUMBER);

11. Mr. Pouryan's Motion for order of designation of record on appeal, (UNKNOWN ECF NUMBER);

12. "[A] certified copy of the docket entries prepared by the [D]istrict [C]lerk" (beginning from ECF No. 295) in compliance to Fed.R.App.P. 10(a)(3).

b.      Pursuant to Fed.R.App.P.10(b)(1)(B), Mr. Pouryan certifies that no transcripts will be ordered, for all the ROA is accessible via the CM/ECF System.

c.      WHEREFORE, above premises considered, Mr. Pouryan urges this Honorable Court to GRANT this Motion and ORDER the above documents to be designated as the ROA.

Respectfully submitted on this 29th day of April, 2025.

_____

ALWAR POURYAN, PRO SE
REG. NO. 65030-054
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OXFORD, WISCONSIN 53952

cc: AUSA on record







CERTIFIED MAIL®

7022 2410 0000 7378 3990

⟨⟩65030-054⟨⟩
Naomi R Buchwald
500 Pearl ST
U.S District Curt S.D N.Y
NEW YORK, NY 10007
United States

Alwar Pouryan
65030-054
Federal Correctional Institution Oxford
P.O. Box 1000
Oxford, WI 53952

USM 4P
SDN Y

Date

The enclosed letter was processed through
mailing procedures for forwarding to you. The
as neither been opened nor inspected. If the
aises a question or problem over which this
has justification, you may wish to return the
al for further information or clarification. If the
encloses corre      der  for forwarding to
er addressee,        se return the enclosed to:
FEDERAL COR      IONAL INSTITUTION
OXFORD,        ONSIN 53952

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE