# MANDATE

S.D.N.Y. – N.Y.C.
11-cr-111
Buchwald, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of November, two thousand twenty-five.

Present:

John M. Walker, Jr.,
Susan L. Carney,
William J. Nardini,
*Circuit Judges.*

USDC SDNY

DOCUMENT

ELECTRONICALLY FILED   1/20/2026

---

United States of America,

*Appellee,*

v.                                                                        25-1290

Maroun Saade, et al.,

*Defendants,*

Alwar Pouryan, AKA Allan, AKA Alberto,

*Defendant-Appellant.*

---

Appellant, pro se, moves for leave to proceed in forma pauperis ("IFP"), to consolidate his appeal with the appeal in 25-1158, to consider his appeal as an emergency, to remand to the district court, and for appointment of counsel for oral arguments. Upon due consideration, it is hereby ORDERED that his IFP motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). It is furthered ORDERED that the remaining motions are DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 01/20/2026**